Kenneth CLAYTON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99190.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 5, 2013.

Jessica Hathaway, Assistant Public Defender, St. Louis, MO, for appellant.

Gregory L. Barnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN, J., and GARY M. GAERTNER, JR., J.

#### ORDER

PER CURIAM.

Kenneth Clayton (Movant) appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 29.15 motion for post-conviction relief. Movant claims that the motion court erred in denying, without an evidentiary hearing, his claims that his trial counsel was ineffective in failing to object to: (1) the introduction of the victim's medical records; and (2) testimony regarding uncharged bad acts.

We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's decision to deny Movant's Rule 29.15 motion without an evidentiary hearing was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).